UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 21-1090

V.  
Michael Thomas

: CRIMINAL ACTION

: ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✓] Reporting, as directed, to U.S. Pretrial Services;
- [✓] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [ ] Mental Health testing/treatment as directed by U.S. Pretrial Services;
- [✓] The defendant shall appear at all future court proceedings;
- [ ] Other:

S/Michael Thomas                              03/30/2021  
DEFENDANT                                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

DATE 03/31/2021